AO 91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

_____ State and _____   DISTRICT OF   _____ New Mexico _____

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 1 8 2019

MITCHELL R. ELFERS
CLERK

UNITED STATES OF AMERICA

V.

Sergio Daniel NAJERA-Sotelo

**CRIMINAL COMPLAINT**

CASE NUMBER: 19mj 4141

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___18 Nov 19___ in ___San Juan___ county, in the ___State and___ District of ___New Mexico___ defendant(s) did, (Track Statutory Language of Offense)

an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, in the State and District of New Mexico, being knowingly in the United States unlawfully.

in violation of Title ___8___ United States Code, Section(s) ___1326 (a)(1) & (a)(2)___

I further state that I am a ___Deportation Officer___ and that this complaint is based on the following facts:
                              Official Title

On November 18, 2019, the Defendant was encountered by Immigration and Customs Enforcement Officers at the San Juan County Adult Detention Center, Farmington, New Mexico. The Defendant was arrested for Failure to Appear Warrant. ICE Officers submitted the defendant's Fingerprints through the IAFIS data base and compared known Immigration photos of the defendant to photo of the individual at the detention Center and they appear to be the same person. It was determined that the Defendant was a citizen and national of Mexico and amenable to removal from the United States by being in the United States without permission or parole.  A review of the Defendant's A-File indicated that the Defendant was ordered Expedited removed from the United States on September 11, 2019 and September 23, 2019. The Defendant was Removed to Mexico on September 20, 2019 and September 24, 2019. A review of the defendant's immigration history does not indicate that the Defendant either applied for or received the consent of the appropriate authority of the United States to reapply for admission into the United States.

Continued on the attached sheet and made a part hereof:  ☐ Yes  ☒ No

_____
Signature of Complainant
Erich Anderson

Sworn to before me and subscribed ~~in my presence~~ telephonically at my direction,

11-18-2019
Date

B. Paul Briones
United States Magistrate Judge

at Farmington, New Mexico
   City and State

B. Paul Briones